Certificate Number: 14424-NJ-DE-038410062

Bankruptcy Case Number: 24-12839



14424-NJ-DE-038410062

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2024, at 12:12 o'clock AM EDT, Terri D O'brien completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 24, 2024               By:    /s/Jesus Leonardo

                                     Name:  Jesus Leonardo

                                     Title: Instructor