Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−12839−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terri D O'Brien
   2365 N. Firelane Rd
   Southampton, NJ 08088

Social Security No.:
   xxx−xx−1618

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 16, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Terri D O'Brien  
    Debtor

Case No. 24-12839-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 16, 2024      Form ID: 148      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri D O'Brien, 2365 N. Firelane Rd, Southampton, NJ 08088-9723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | May 17 2024 00:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520195943 | ^ | MEBN | May 16 2024 20:52:16 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 520195944 | ^ | MEBN | May 16 2024 20:52:02 | Account Resolution Services, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 520195945 | + | EDI: CAPONEAUTO.COM | May 17 2024 00:40:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520195946 | | EDI: CAPONEAUTO.COM | May 17 2024 00:40:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 520200408 | + | EDI: AISACG.COM | May 17 2024 00:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520239154 | + | EDI: AISACG.COM | May 17 2024 00:40:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520195948 | + | Email/Text: cedwards@ncsplus.com | May 16 2024 20:54:00 | NCSPlus Incorporated, 117 E 24th St, New York, NY 10010-2919 |
| 520195947 | + | Email/Text: cedwards@ncsplus.com | May 16 2024 20:54:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 520195949 | + | Email/Text: bankruptcy@savit.com | May 16 2024 20:54:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520195950 | + | Email/Text: bankruptcy@savit.com | May 16 2024 20:54:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520195952 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2024 20:54:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520195951 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2024 20:54:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520195953 | ^ | MEBN | May 16 2024 20:52:13 | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520195954 | ^ | MEBN | May 16 2024 20:52:13 | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520218945 | | Anthony O'Brien |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Paul H. Young
on behalf of Debtor Terri D O'Brien support@ymalaw.com lesliebrown.paralegal@gmail.com

Regina Cohen
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5